EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Miguel A. Sánchez Pérez | 2010 TSPR 170 <br><br> 179 DPR _____ |

Número del Caso: TS-5362

Fecha: 4 de junio de 2010

Abogado del Querellado:

      Por derecho propio

Colegio de Abogados de Puerto Rico:

      Lcdo. José M. Montalvo Trias
      Director Ejecutivo

      Lcdo. Israel Pacheco Acevedo

Oficina de Inspección de Notarías:

      Lcda. Lourdes I. Quintana Lloréns

Materia: Conducta Profesional

(La suspensión de la notaría será efectiva una vez advenga final y firme la Sentencia conforme la Regla 45 del Reglamento del Tribunal Supremo sobre reconsideración).

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Miguel A. Sánchez Pérez

TS-5362

RESOLUCIÓN

San Juan, Puerto Rico, a 4 de junio de 2010.

El pasado 10 de febrero de 2010 el Colegio de Abogados sometió una Moción Informativa en la que solicita la terminación de la fianza notarial prestada por el Lic. Miguel A. Sánchez Pérez por tener la prima de la misma al descubierto.

Mediante Resolución del 8 de marzo de 2010 se le concedió un término de veinte (20) días al Lic. Miguel A. Sánchez Pérez para que mostrara causa por la cual no debería ser suspendido del ejercicio de la notaría, según solicitado por el Colegio de Abogados.

Transcurrido el término concedido por este Tribunal y no habiendo el abogado cumplido con la Resolución del 8 de marzo de 2010, se le suspende indefinidamente del ejercicio de la notaría.

El Alguacil de este Tribunal deberá incautar la obra y sello notarial del Lcdo. Miguel A. Sánchez Pérez y entregarlos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez y la Juez Asociada señora Pabón Charneco no intervinieron.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo